## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**ELIZABETH HEINEMEIER,**

    **Plaintiff,**

**v.**

**WAL-MART STORES, INC.,**

    **Defendant.**                           **No. 14-cv-190-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on August 20, 2014 (Doc. 19), this case is **DISMISSED** with prejudice.

                **JUSTINE FLANAGAN,**
                **ACTING CLERK OF COURT**

                **BY:**_____*/s/Caitlin Fischer*_____
                    **Deputy Clerk**

Dated:  August 20, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.20
16:36:05 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT